# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD WILLIAM WARD,<br><br>Plaintiff,<br><br>v.<br><br>JAMES W. MORES, et al.,<br><br>Defendants. | Case No. 1:26-cv-02807-SAB<br><br>ORDER DISCHARGING SEPTEMBER 1, 2026 ORDER TO SHOW CAUSE |

Plaintiff is proceeding *pro se* and *in forma pauperis* in this prisoner civil rights action, pursuant to 42 U.S.C. § 1983. On July 20, 2026, the Court screened Plaintiff's complaint and found that it did not state a cognizable claim for relief. (ECF No. 6.) The Court gave Plaintiff thirty days to file an amended complaint. (Id.) That deadline passed, and Plaintiff failed to file an amended complaint or other filing on the docket. On September 1, 2026, the Court issued an order to show cause directing Plaintiff to show cause why this action should not be dismissed for failure to prosecute. (ECF No. 7.) On September 24, 2026, Plaintiff filed a response to the order to show cause along with his first amended complaint. (ECF No. 8.)

/ / /

/ / /

/ / /

/ / /

Accordingly, the Court DISCHARGES the September 1, 2026 order to show cause and will screen the first amended complaint in due course.

IT IS SO ORDERED.

Dated: **September 29, 2026**

STANLEY A. BOONE
United States Magistrate Judge